# MEMORANDUM CASES.

[Civ. No. 3156. First Appellate District, Division One.—April 7, 1920.]

JAMES F. SHEEHAN, Respondent, v. BOARD OF PO-LICE COMMISSIONERS, etc., et al., Appellants.

[1] MUNICIPAL CORPORATIONS—SAN FRANCISCO—POLICE PENSION FUND—VESTED RIGHTS.—Judgment affirmed on the authority of *Sheehan* v. *Board of Police Commissioners, ante,* p. 29, [190 Pac. 51].

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. James M. Troutt, Judge. Affirmed.

The facts are identical with those set forth in *Sheehan* v. *Board of Police Commissioners; ante,* p. 29, [190 Pac. 51].

George Lull, City Attorney, and Chas. S. Peery, Assistant City Attorney, for Appellants.

Charles J. Heggerty and Knight & Heggerty for Respondent.

THE COURT.—[1] The facts in this case are identical with those set forth in the case of *Sheehan* v. *Board of Police Commissioners, ante,* p. 29, [190 Pac. 51], and on the authority of that case the judgment is affirmed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on June 3, 1920.

Angellotti, C. J., Wilbur, J., Lennon, J., and Sloane, J., concurred.

Shaw, J., Lawlor, J., and Olney, J., dissented.